```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 07471
   MARY J GILLESPIE
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-1534

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/26/2006 and was confirmed 09/14/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was completed - no discharge 10/12/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
OCWEN LOAN SERVICING LLC  CURRENT MORTG       .00              .00             .00
OCWEN LOAN SERVICING LLC  MORTGAGE ARRE       .00              .00             .00
ADVOCATE SO SUBURBAN HOP  UNSECURED       NOT FILED           .00             .00
ADVOCATE SO SUBURBAN HOP  UNSECURED       NOT FILED           .00             .00
ADVOCATE SO SUBURBAN HOP  UNSECURED       NOT FILED           .00             .00
ADVOCATE SO SUBURBAN HOP  UNSECURED       NOT FILED           .00             .00
AMERICAN MEDICAL COLLECT  UNSECURED       NOT FILED           .00             .00
ASSET ACCEPTANCE LLC      UNSECURED       NOT FILED           .00             .00
ASSET ACCEPTANCE LLC      UNSECURED         1638.64           .00         1638.64
SBC                       UNSECURED          378.43           .00          378.43
BENJAMIN MICHAEL & ASSOC  UNSECURED       NOT FILED           .00             .00
CAREMARK                  UNSECURED       NOT FILED           .00             .00
CAREMARK                  UNSECURED       NOT FILED           .00             .00
CAVALRY PORTFOLIO SERVIC  UNSECURED       NOT FILED           .00             .00
CALVARY PORTFOLIO SVCS    UNSECURED       NOT FILED           .00             .00
CHICAGO SUN TIMES         UNSECURED       NOT FILED           .00             .00
CIGNA HEALTH CARE         UNSECURED       NOT FILED           .00             .00
CREDIT PROTECTION         UNSECURED       NOT FILED           .00             .00
DEPENDON COLLECTION SE    UNSECURED       NOT FILED           .00             .00
DEPENDON COLLECTION SE    UNSECURED       NOT FILED           .00             .00
DEPENDON COLLECTION SE    UNSECURED       NOT FILED           .00             .00
DEPENDON COLLECTION SE    UNSECURED       NOT FILED           .00             .00
DEPENDON COLLECTION SVC   UNSECURED       NOT FILED           .00             .00
DERMATOLOGIST ASSOCIATES  UNSECURED       NOT FILED           .00             .00
DIVERSIFIED COLLECTION S  UNSECURED       NOT FILED           .00             .00
DIVERSIFIED COLLECTION S  UNSECURED       NOT FILED           .00             .00
DIVERSIFIED COLLECTION S  UNSECURED       NOT FILED           .00             .00
FED EX                    UNSECURED       NOT FILED           .00             .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED           .00             .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED           .00             .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED           .00             .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED           .00             .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 07471 MARY J GILLESPIE
```

```
JERRY J ITKONEN MD SC      UNSECURED        NOT FILED            .00           .00
NCO FINANCIAL SYSTEM       UNSECURED        NOT FILED            .00           .00
NCO COLLECTION AGENCY      UNSECURED        NOT FILED            .00           .00
PRIMARY CARE PARTNERS      UNSECURED        NOT FILED            .00           .00
PRIMARY CARE PARTNERS      UNSECURED        NOT FILED            .00           .00
QUEST DIAGNOSTICS          UNSECURED        NOT FILED            .00           .00
RADIOLOGY CENTER           UNSECURED        NOT FILED            .00           .00
TRANSWORLD SYSTEMS         UNSECURED        NOT FILED            .00           .00
VAN RU CREDIT CORPORATIO   UNSECURED        NOT FILED            .00           .00
VAN RU CREDIT CORPORATIO   UNSECURED        NOT FILED            .00           .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT    324.00               .00        324.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    2,650.00                        2,650.00
TOM VAUGHN                 TRUSTEE                                          315.01
DEBTOR REFUND              REFUND                                           131.42

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   5,437.50

PRIORITY                                            324.00
SECURED                                                 .00
UNSECURED                                         2,017.07
ADMINISTRATIVE                                    2,650.00
TRUSTEE COMPENSATION                                315.01
DEBTOR REFUND                                       131.42
                          ---------------       ---------------
TOTALS                    5,437.50                5,437.50
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 04/03/08               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE